UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DRAKKAR WILLIAMS,

        Plaintiff,

v.

LIEUTENANT MATTHEW FURMAN,
OFFICER M. RAHMAN, and
CITY OF MELVINDALE,

        Defendants.
_____/

No. 25-11390

Hon. Nancy G. Edmunds

**ORDER REMANDING PLAINTIFF'S STATE LAW CLAIMS**

    Plaintiff Drakkar Williams filed this lawsuit against Defendants in the Wayne County Circuit Court, but Defendant Furman removed the action to this Court. Plaintiff alleges violations of the United States Constitution but also brings state law claims of gross negligence, assault and battery, and intentional infliction of emotional distress.

    Because the parties in this matter are nondiverse, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion. *See* 28 U.S.C. § 1367(c)(4); *Moor v. Cty. of Alameda*, 411 U.S. 693, 716 (1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994). Therefore, pursuant to § 1367(c), all of Plaintiff's state law claims (Counts I, II, and III) are hereby REMANDED to the Wayne County Circuit Court. The Court will retain jurisdiction over Plaintiff's federal claims only.

    SO ORDERED.

                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated: May 23, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 23, 2025, by electronic and/or ordinary mail.

        <u>s/Marlena Williams</u>
        Case Manager